164 F.3d 1233w
 ADMINISTRATOR, STATE OF ARIZONA, and Jane Hull, Governor, Petitioners,
v.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
Yavapai-Apache Tribe, Respondents.
Arizona Chamber of Commerce; and the Town of Clarkdale, Petitioners,
v.
United States Environmental Protection Agency;
Yavapai-Apache Tribe, Respondents.
 Nos. 96-71083, 97-70012.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 14, 1999.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION